UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thaddeus Swindler, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case: 1:14-cv-02179 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 12/22/2014 |
| ) | Description: Habeas Corpus/2255 |
| ) | |
| United States of America *et al.*, ) | |
| ) | |
| Respondents. ) | |

MEMORANDUM OPINION

Petitioner, proceeding *pro se*, has submitted a document captioned "Petition Under 28 US.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody," along with an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and will dismiss the case for lack of jurisdiction.

Petitioner is a North Carolina state prisoner incarcerated in Greensboro, North Carolina. He challenges his 1993 first-degree murder conviction. Pet. at 1; *see State v. Swindler*, 497 S.E.2d 318, *aff'd*, 507 S.E.2d 284 (1998). Federal court review of state convictions is available under 28 U.S.C. § 2254 only after the exhaustion of state remedies. *See* 28 U.S.C. §2254(b)(1). Thereafter, "an application for a writ of habeas corpus [] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Petitioner has



no recourse in this Court sitting in the District of Columbia. A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ Ketanji Brown Jackson
United States District Judge

Date: December 19, 2014